Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

        Case No.: 16−30619−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nelson Tavares
   111 Acorn Drive
   Mount Royal, NJ 08061−4000

Social Security No.:
   xxx−xx−5748

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                January 15, 2021
Time:               09:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*39* – in Opposition to (related document:38 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 12/24/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Andrew B. Finberg on behalf of Isabel C. Balboa. (Finberg, Andrew)

and transact such other business as may properly come before the meeting.


Dated: December 17, 2020
JAN: kaj

                                                                                          Jeanne Naughton
                                                                                          Clerk