| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in compliance with D.N.J. LBR 9004-1(b)**<br><br>**HILL WALLACK LLP**<br>Mark A. Roney, Esq.<br>21 Roszel Road<br>P.O. Box 5226<br>Princeton, NJ 08543<br>Phone: 609-924-0808<br>Email: mroney@hillwallack.com<br>*Attorneys for Oakridge Homeowners Association, Inc.* | |
| In Re:<br><br>Nelson Tavares,<br><br>                 Debtor. | Case No.: 16-30619 (ABA)<br><br>Chapter: 13<br><br>Judge: Andrew B. Altenburg, Jr., U.S.B.J. |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Oakridge Homeowners Association, Inc. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

    ADDRESS:    Mark A. Roney Esq.
                             Hill Wallack LLP
                             21 Roszel Road
                             P.O. Box 5226
                             Princeton, NJ 08543

    DOCUMENTS:

        ☑ All notices entered pursuant to Fed. R. Bankr. P. 2002.

        ☑ All documents and pleadings of any nature.

DATED: September 10, 2021                           HILL WALLACK LLP

                                                                           By: */s/ Mark A. Roney*
                                                                            Mark A. Roney